# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ALPINE TRANSPORTATION RISK RETENTION GROUP, INC. | § § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-0048-S |
| JFC TRANSPORT LLC, et al. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION AND SUPPLEMENTAL FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and Recommendation dated May 29, 2025 ("FCR") [ECF No. 34] and Supplemental Findings, Conclusions, and Recommendation dated June 13, 2025 ("Supplemental FCR") [ECF No. 37] in this case. No objections were filed. The Court reviewed the proposed FCR and Supplemental FCR for plain error. Finding none, the Court **ACCEPTS** the FCR and the Supplemental FCR of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED July 17, 2025.

_____
UNITED STATES DISTRICT JUDGE